# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00787-CV

## In re Delfino Gonzalez

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Delfino Gonzalez has filed a petition for writ of mandamus seeking to order the trial court to rule on certain motions.  We deny the petition.  *See* Tex. R. App. P. 52.8(a), (d).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Filed:   February 16, 2007